1482-14

COA # 08-12-00293-CR          OFFENSE: 22.011

STYLE: Luke Stanton v. The State of Texas          COUNTY: Denton

COA DISPOSITION: AFFIRM          TRIAL COURT: 211th District Court

DATE: 10/10/14          Publish: NO     TC CASE #: F-2011-1911-C

## IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Luke Stanton v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 03/04/2015          SIGNED: _____ PC: _____
JUDGE: _Per Curiam_          PUBLISH: _____ DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____